**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-2150**

———————

ALFRED M. DAVIS,

Plaintiff - Appellant,

versus

ALLIEDSIGNAL, INC., Aerospace Equipment Systems,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Fox, District Judge. (CA-98-816-5-F)

———————

Submitted: December 16, 1999        Decided: December 27, 1999

———————

Before MURNAGHAN and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Alfred M. Davis, Appellant Pro Se. Charles Matthew Keen, OGLETREE, DEAKINS, NASH, SMOAK & STEWART, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

   Alfred Davis appeals from the district court's order granting summary judgment to AlliedSignal, Inc. on Davis' claims alleging employment discrimination. We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  <u>See</u> <u>Davis v. AlliedSignal, Inc.</u>, No. CA-98-816-5-F (E.D.N.C. July 27, 1999)). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>